IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Cecil Browne )
)
)
v. ) Civ. A. No. 004-
) 870-JJF
Thomas Carroll, Warden )
and M. Jane Brady, )
Attorney General for the )
State of Delaware )

FILED
SEP 20 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

<u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE, that the enclosed Motion For Appointment of Counsel and Motion For An Evidentiary Hearing will be presented to this Honorable Court at the earliest possible convenience.

*Cecil Browne* (signature)
Cecil Browne
D.C.C.
1181 Paddock Rd.
Smyrna De. 19977

I/M Cecil Browne
SBI# 144903   UNIT 22-L-A-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Postage on back

X-Ray

Legal



District Court Clerk
U.S. District Court
844 King St.
Wilm. DE. 19801

Legal Mail