IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CECIL BROWNE, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 04-870-JJF |
| THOMAS L. CARROLL, Warden, | : |
| Respondent. | : |

O R D E R

At Wilmington, this 24 day of January, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Cecil Browne's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 1) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. Petitioner's Motion for Appointment of Counsel and Evidentiary Hearing (D.I. 24) is **DENIED** as moot.

3. The Court declines to issue a certificate of appealability, because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

UNITED STATES DISTRICT JUDGE