OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

February 13, 2006

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Re:  Browne v. Carroll, et al
     D. Del. No. 04-0870-JJF

Dear Mr. Dalleo:

 Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal and which was filed with this office in error.  See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  We are returning the appendix to certificate of appealability which was submitted along with the notice of appeal to Mr. Browne as it serves no purpose.  **The notice was postmarked February 9, 2006 and should be docketed as of that date.**

 This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  Upon receipt of the document, kindly process it according to your Court's normal procedures.  If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

 Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court.  This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

 Thank you for your assistance in this matter.

            Very truly yours,

            Marcia M. Waldron, Clerk

         By:  /s/ Bradford A. Baldus
           Bradford A. Baldus
           Senior Legal Advisor to the Clerk

Enclosure
cc:  Cecil Browne SBI #144903 (w/enclosure)