

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Cecil Browne   SBI#: 144903

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: February 23, 2006

FILED
MAR 0 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE   RG
04-870 JJF   scanned

Attached are copies of your inmate account statement for the months of August 1, 2005 to January 31, 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Aug | 0 |
| Sept | 2003 |
| Oct | .36 |
| Nov | .86 |
| Dec | 12.76 |
| Jan | 140.22 |

Average daily balances/6 months: 29.04

Attachments
CC: File

Stacy Shane
2/23/06

2/23/06