IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CECIL BROWNE,                  :
                               :
        Petitioner,            :
                               :
v.                             :   Civil Action No. 04-870-JJF
                               :
THOMAS CARROLL,                :
Warden,                        :
                               :
        Respondent.            :

O R D E R

At Wilmington this 17 day of March, 2006;

IT IS ORDERED that:

Petitioner's Motion To Proceed In Forma Pauperis On Appeal is **GRANTED**. (D.I. 30; D.I. 31.) See Federal Rule of Appellate Procedure 24(a).

                                            /s/ Joseph J. Farnan, Jr.
                                            UNITED STATES DISTRICT JUDGE