To: Clerk U.S. District Court

From: Cecil Browne

Re: Docket Sheet

Date: 3-28-06

FILED

MAR 30 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I'm writing to obtain a complete docket sheet of my case, Cecil Browne v. Thomas Carroll, Civ. A. No. 04-870-JJF. I don't have any funds and was granted leave to proceed under forma Pauperis status, on appealing the decision on my Habeas Corpus to the Third Circuit Court of Appeals, on or about 3-17-06. I need a complete docket for third circuit court, for appeal in Browne v. Carroll, et al, No. 06-1585

Thank you for your time and prompt reply!

Sincerely
Cecil Browne



I/M Cecil Browne
SBI# 174903  UNIT 22-A-L-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
27 MAR 2006 PM 2 L

Clerk U.S. District Court     D.S.M.S.
U.S. District Court     X-RAY
Lockbox 18
844 N. King St.
     Wilm. DE. 19801