CLD-108
January 25, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **06-1585**

CECIL BROWNE

v.

WARDEN TOM CARROLL, ET AL.
(District of Delaware Civil No. 04-cv-00870)

Present:   RENDELL, SMITH and JORDAN, Cirucit Judges

Submitted is appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1); in the above-captioned case.

Respectfully,

Clerk

MMW/DNH/zm/slc

_____ORDER_____

The foregoing request for a certificate of appealability is denied, as jurists of reason could not debate that the District Court properly denied Appellant's 28 U.S.C. § 2254 habeas petition for all of the reasons set forth in its opinion.

By the Court,

/s/ Marjorie O. Rendell
Circuit Judge

A True Copy:

Marcia M. Waldron, Clerk

Dated: February 1, 2007
SLC/dmm/cc: Mr. Cecil Browne
            Gregory E. Smith, Esq.