OFFICE OF THE CLERK

**MARCIA M. WALDRON**  **UNITED STATES COURT OF APPEALS**  TELEPHONE
CLERK         FOR THE THIRD CIRCUIT         215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

_____Delaware_____ Clerk of District Court          Date_____2/1/07_____
(District)

___Browne v. Carroll_____     C. of A. No. _06-1585_____
(Caption)

___Cecil Browne_____
(Appellant)

___04-cv-870_____
(D.C. No.)

Enclosures:

___2/1/07_____Certified copy of C. of A. Order by the **Court**/Clerk
(Date)

*____XXXX____ Record

*_____ Supplemental Record (First) (Second) (Third)

*_____ Exhibits

*____XXXX____ State Court Record

____XXXX____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

                    Shannon Craven       (267)-299-__4959__
                    Deputy Clerk          Telephone Number

                 *  _[signature] Martinez_  (267)-299- 4414
                    Record Processor       Telephone Number

Receipt Acknowledge:

_E Struckl_____         02-01-2007
(Name)
_2/2/07_____
(Date)
Rev. 3/13/00
Appeals (Record)